**Pretrial Deadlines and Trial Date**

**DATE**
month/day/year

| Date | Deadline |
|---|---|
| 1-13-2014 | Joinder of Additional Parties and motions for class certification. |
| 2-10-2014 | Parties shall exchange expert witness summaries and reports as required by Local Rule 16.1.K. |
| 2-20-2014 | Parties shall exchange written lists containing the names and addresses of all witnesses intended to be called at trial and only those witnesses listed shall be permitted to testify. |
| 3-12-2014 | Parties exchange rebuttal expert witness summaries and reports as required by Local Rule 16.1.K. <u>Note</u>: These provisions pertaining to <u>expert</u> witnesses do not apply to treating physicians, psychologists or other health providers (if a *Daubert* or *Markman* hearing may be necessary, the parties are to add that as an additional deadline at the bottom of Attachment A). |
| 5-1-2014 | All discovery, including expert discovery, shall be completed. |
| 5-12-2014 | A mediator must be selected. |
| 6-2-2014 | All summary judgment, *Daubert*, and other dispositive motions must be filed. A **minimum of eight (8) weeks** is required for the Court to review dispositive motions prior to filing of the joint pretrial stipulation. **If <u>no</u> dispositive motions will be filed, clearly note this fact in the Joint Scheduling Report.** |
| 7-10-2014 | Mediation shall be completed. |
| 7-25-2014 | All Pretrial Motions and Memoranda of Law must be filed. |
| 8-11-2014 | Joint Pretrial Stipulation must be filed. |
| 8-11-2014 | Proposed jury instructions and/or proposed findings of fact and conclusions of law must be filed. |
| 8-11-2014 | Deposition designations must be filed. |
| 10-6-2014 | Beginning of Trial Period. |
| | Additional deadlines (please specify). |

[Attachment A]