UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 12-23507-CIV-MARTINEZ-MCALILEY

DEREK T. HORNE,

    Plaintiff,

vs.

ERIC HOLDER, Attorney General of the United States
of America,

    Defendant.
_____/

## ELECTION TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE FOR FINAL DISPOSITION OF MOTIONS

In accordance with the provisions of 28 U.S.C. §636(c), the undersigned parties to the above-captioned civil matter hereby jointly and voluntarily elect to have a United States Magistrate Judge decide the following motions and issue a final order or judgment with respect thereto:

| | | | |
|---|---|---|---|
| 1. | Motions for Costs | Yes ____ | No _X_ |
| 2. | Motions for Attorney's Fees | Yes ____ | No _X_ |
| 3. | Motions for Sanctions | Yes ____ | No _X_ |
| 4. | Motions to Dismiss | Yes ____ | No _X_ |
| 5. | Motions for Summary Judgment | Yes ____ | No _X_ |
| 6. | Other (specify) __Discovery Motions__ | | |

5-17-13
(Date)          (Signature--Plaintiff's Counsel)

5/17/2013
(Date)          (Signature--Plaintiff's Counsel)

_____
(Date)          (Signature--Defendant's Counsel)

_____
(Date)          (Signature--Defendant's Counsel)

[Attachment D]