UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 12-23507-CIV-MARTINEZ/MCALILEY

**DEREK T. HORNE**

   Plaintiff,

vs.

**ERIC HOLDER, ATTORNEY GENERAL
OF THE UNITED STATES OF AMERICA,**

   Defendant.
_____/

## JOINT PROPOSED SCHEDULING ORDER

Pursuant to Local Rule 16.1 (B)(3), this case shall be:

(A)   The case will be assigned to the standard management track set forth in Local Rule 16.1(a)(2)(B)

(B)   The detailed discovery schedule agreed by the Parties is as follows:

   (i):   The parties will make initial disclosures pursuant to Federal Rule of Procedure 26 on June 28, 2013.

   (ii)   The parties will have a discovery cut off of May 1, 2014.  Expert reports will be due on February 10, 2014.  Expert Depositions will occur by, May 1, 2014.

(C)   With respect to any agreements or issues to be decided by the Court regarding the preservation, disclosure, and discovery of documents, electronically stored information, or things, the Parties do not know whether at this moment, the Court needs to decide any issues or agreements at this time. The parties reserve the right to contact the Court if it becomes necessary.

(D)     The parties shall conduct all assertions of privilege in accordance with the Federal Rules of Civil Procedure, except where superseded by Local Rules.  The parties will agree to enter into a confidentiality agreement if it becomes necessary.  The Court does not need to approve it, after it is signed by the Parties.

(E)     The time to join additional parties and the time of all Amendments to the Parties' pleadings must be completed by October 1, 2013.

(F)     All pretrial motions shall be filed by July 25, 2014.

(G)     All pretrial motions shall be resolved by this Court by_____.

(H)     With respect to any proposed use of the Manual on Complex Litigation and other need for rule variations, such as on deposition length or number of Depositions, the Parties reserve the right to ask the Court about these in the future if it becomes necessary.

(I)     A pretrial conference shall be held on October 1, 2014.

(J)     The Trial shall be held on October 6, 2014.

**DONE AND ORDERED** in  Chambers at Miami, Dade County Florida,

This _____day of _____, 2013

_____

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:

Magistrate Judge McAliley
All Counsel of Record