UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.: 12-CIV-23507-Martinez/Goodman

DEREK T. HORNE
        Plaintiff,

vs.

WILLIAM BARR, Attorney General
of the United States of America,
        Defendant.
_____/

**VERDICT FORM**

## VERDICT FORM

Do you find from a preponderance of the evidence:

1.      That Defendant took one or more adverse employment actions against the

Plaintiff.

Answer Yes or No   __Yes__

        If your answer is "No," go to question No. 5. If your answer is "Yes," go to

the next question.

2.      That Plaintiff's race/color African American/ Black was a motivating factor

that prompted the Defendant to take that action or actions?

Answer Yes or No   __Yes__

        If your answer is "No," go to question No. 5. If your answer is "Yes," go to

the next question.

        3. That the Defendant would have taken each of the adverse actions you have

found took against the Plaintiff even if it had not taken Plaintiff's race and color

(African-American/ Black) into account?

Answer Yes or No   __No__

        If your answer is "Yes," go to question No. 5. If your answer is "No," go to

the next question.

4.     That Plaintiff should be awarded damages to compensate for emotional pain and mental anguish?

Answer Yes or No ___Yes___

     If your answer is "Yes," in what amount? $ ___26,000___

     If you did not award damages in response to Question No. 4, go to question No. 5.

Do you find from a preponderance of the evidence:

5.     That the Plaintiff had a "disability?"

Answer Yes or No ___Yes___

     If your answer is "No," go to question No. 10. If your answer is "Yes," go to the next question.

6.     That the Plaintiff was a "qualified individual?"

Answer Yes or No ___Yes___

     If your answer is "No," go to question No. 10. If your answer is "Yes," go to the next question.

7.      That the Defendant took one or more adverse employment actions against the

Plaintiff.

Answer Yes or No ___Yes___

     If your answer is "No," go to question No. 10. If your answer is "Yes," go to

the next question.

8.      That the Defendant took that action or actions because of the Plaintiff's

disability?

Answer Yes or No ___Yes___

     If your answer is "No," go to question No. 10. If your answer is "Yes," go to

the next question.

9.      That the Plaintiff should be awarded damages to compensate for emotional

pain and mental anguish?

Answer Yes or No ___Yes___

     If your answer is "Yes," in what amount? $ ___160,000___

     If you did not award damages in response to question No. 9, go to question

No. 10.

Do you find from a preponderance of the evidence:

10.   That the Plaintiff had a "disability?"

Answer Yes or No ___*Yes*___

    If your answer is "No," go to question No. 18. If your answer is "Yes," go to

the next question.

11.   That the Plaintiff was a "qualified individual?"

Answer Yes or No ___*Yes*___

    If your answer is "No," go to question No. 18. If your answer is "Yes," go to

the next question.

12.   That the Defendant knew of the Plaintiff's disability?

Answer Yes or No ___*Yes*___

    If your answer is "No," go to question No. 18. If your answer is "Yes," go to

the next question.

13.   That the Plaintiff requested an accommodation including a job reassignment?

Answer Yes or No ___*Yes*___

    If your answer is "No," go to question No. 18. If your answer is "Yes," go to

the next question.

14.     That a reasonable accommodation or job reassignment existed that would

have allowed the Plaintiff to perform the essential functions of the job?

Answer Yes or No _____Yes_____

    If your answer is "No," go to question No. 18. If your answer is "Yes," go to

the next question.

15.     That the Defendant failed to provide or unreasonably delayed finding a

reasonable accommodation or job reassignment?

Answer Yes or No _____Yes_____

    If your answer is "No," go to question No. 18. If your answer is "Yes," go to

the next question.

16.     That the Defendant made good faith efforts to identify and make a reasonable

accommodation, including a job reassignment for the Plaintiff?

Answer Yes or No _____No_____

    If your answer is "Yes," go to question No. 18. If your answer is "No," go to

the next question.

17.     That the Plaintiff should be awarded damages to compensate for emotional

pain and mental anguish?

Answer Yes or No ___Yes___

    If your answer is "Yes," in what amount? $ ___200,000___

    If you did not award damages in response to Question No. 17, go to question

No. 18.

Do you find from a preponderance of the evidence:

18.     That the Plaintiff engaged in protected activity?

Answer Yes or No ___Yes___

    If your answer is "No," go to question No. 23. If your answer is "Yes," go to

the next question.

19.     That the Defendant took one or more adverse employment actions against the

Plaintiff?

Answer Yes or No ___Yes___

    If your answer is "No," go to question No. 23.  If your answer is "Yes," go to

the next question.

20.     That the Defendant took that adverse employment action or actions because of the Plaintiff's protected activity?

Answer Yes or No ___Yes___

   If your answer is "No," go to question No. 23.  If your answer is "Yes," go to the next question.


21.     That the Plaintiff suffered damages because of the adverse employment action?

Answer Yes or No ___Yes___

   If your answer is "No," go to question No. 23.  If your answer is "Yes," go to the next question.


22.     That the Plaintiff should be awarded damages to compensate for emotional pain and mental anguish?

Answer Yes or No ___Yes___

   If your answer is "Yes," in what amount? $ ___50,000___

   If you did not award damages in response to either Question Nos. 21 or 22, then go to question No. 23.

Do you find from a preponderance of the evidence:

23.    That one or more of the Plaintiff's supervisors harassed the Plaintiff because of his race and color (African American/ Black), disability or in retaliation for protected activity?

Answer Yes or No ___Yes___

If your answer is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer is "Yes," go to the next question.


24.    That the harassment created a hostile work environment for the Plaintiff?

Answer Yes or No ___Yes___

If your answer is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer is "Yes," go to the next question.


25.    That the Defendant exercised reasonable care to prevent and promptly correct any harassing behavior in the workplace because of race/color?

Answer Yes or No ___No___

If your answer is "Yes," go to the next question. If your answer is "No," go to the next question.

26.     That the Plaintiff suffered damages because of the hostile work environment?

Answer Yes or No ___Yes___

    If your answer is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer is "Yes," go to the next question.

27.     That the Plaintiff should be awarded damages to compensate for emotional pain and mental anguish?

Answer Yes or No ___Yes___

If your answer is "Yes," in what amount? $ ___160,000___

    If you did not award damages in response to either Question Nos. 26 or 27, this ends your deliberations, and your foreperson should sign and date the last page of this verdict form.

SO SAY WE ALL.

Date ___11/05/19___

Foreperson's Signature

50