UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 12-23507-CIV-MARTINEZ-GOODMAN

DEREK T. HORNE,

    Plaintiff,

v.

MERRICK GARLAND,[1] Attorney General
of the United States of America,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

**THE MATTER** was referred to the Honorable Jonathan Goodman, United States Magistrate Judge for appropriate disposition. (ECF No. 162). Magistrate Judge Goodman filed a Report and Recommendation ("R&R") recommending that the Court (1) deny Plaintiff's request for the Court to issue an advisory ruling on potential tax penalties and negative social security scenarios with respect to Plaintiff's lump sum payment; and (2) deny Plaintiff's request for the Court to direct the Internal Revenue Service ("IRS") to provide a tax award to compensate for any tax penalties generated by the lump sum payment or the Social Security Administration ("SSA") to render a specific calculation before Plaintiff applies for retirement. (ECF No. 205). Plaintiff filed objections to Judge Goodman's R&R ("Objections"), (ECF No. 209), and Defendant filed a response to the Objections, (ECF No. 212). The Court having conducted a *de novo* review of the record, it is

**ADJUDGED** that United States Magistrate Judge Goodman's R&R, (ECF No. 205), is **AFFIRMED** and **ADOPTED** in its entirety.

---

[1] Merrick Garland has been the Attorney General of the United States of America since March 2020. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Merrick Garland is therefore substituted for Eric Holder as the Defendant in this suit.

It is **FURTHER ADJUDGED** that:

1. Plaintiff's Objections, (ECF No. 209), are **OVERRULED**.

2. Plaintiff's request for the Court to issue an advisory ruling on potential tax penalties and negative social security scenarios with respect to Plaintiff's lump sum payment is **DENIED**.

3. Plaintiff's request for the Court to direct the IRS to provide a tax award to compensate for any tax penalties generated by the lump sum payment or the SSA to render a specific calculation before Plaintiff applies for retirement is **DENIED**.

DONE AND ORDERED in Chambers at Miami, Florida, this 28th day of December, 2021.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Goodman
All Counsel of Record